Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

December 21, 2006

BRUCE RIFKIN, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06 0466Z |
| Plaintiff, | |
| v. | INDICTMENT |
| DAVID R. MENDOZA, | |
| Defendant. | |

The Grand Jury charges that:

## COUNT 1

(Conspiracy to Import Marijuana)

In the time between June 1, 2005 and February 7, 2006, within the Western District of Washington and elsewhere, DAVID R. MENDOZA and others, known and unknown, knowingly and intentionally did conspire to import marijuana, a substance controlled under Schedule I, Title 21, United States Code, Section 812.

//
//
//

06-CR-00466-INDI

INDICTMENT/MENDOZA - 1
2005RO1529

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  It is further alleged that this offense involved one thousand (1,000) kilograms or
2  more of a mixture or substance containing marijuana.
3  All in violation of Title 21, United States Code, Sections 952(a), 960(b)(1)(G) and
4  963.

A TRUE BILL:

DATED: Dec. 21, 2006

Signature Redacted Pursuant to Policy of
Ninth Circuit Judicial Commission

_____
FOREPERSON

_____
JOHN McKAY
United States Attorney

_____
DOUGLAS B. WHALLEY
Assistant United States Attorney

_____
RONALD J. FRIEDMAN
Assistant United States Attorney

_____
SUSAN M. ROE
Assistant United States Attorney

INDICTMENT/MENDOZA - 2
2005RO1529

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970