Judge Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   CR06-466Z |
| Plaintiff, ) | |
| v. ) | MOTION FOR MATERIAL WITNESS ARREST WARRANT AND FOR RULE 15 DEPOSITION |
| DAVID MENDOZA, ) | |
| Defendant. ) | |
| _____ ) | |

Comes now the United States of America, by and through Jeffrey C. Sullivan,
United States Attorney for the Western District of Washington, and Susan M. Roe,
Assistant United States Attorney, respectfully requests that this Court issue a warrant
under Title 18, United States Code, Section 3144, for Timothy P. Smith as a material
witness in a prosecution of the above-entitled defendant, David Mendoza, until such time
that the witness's testimony can be secured for trial or until such time that his deposition
can be taken pursuant to the Rule 15 of the Federal Rules of Criminal Procedure.

Timothy P. Smith, an Australian citizen, was arrested, entered a guilty plea and
was sentenced for his role in importing and distributing marijuana in this district. His plea
agreement and the sentencing recommendations were filed under seal, although the
Judgment is open.  Mr. Smith was a witness before the Grand Jury.  The government
asserts, based on Mr. Smith's Grand Jury testimony, that he has relevant testimony in the
case *United States v. David Mendoza, CR06-466.*   The government will submit a copy of

1  his Grand Jury testimony under seal.  Since Mr. Smith's Grand Jury testimony, two events

2  have occurred.

3      (1)  David Mendoza has been indicted and local counsel has contacted the

4  government on his behalf.  Mr. Mendoza is a fugitive and, although the government has

5  engaged in discussions with defense counsel and was hopeful that Mr. Mendoza would

6  return to the United States to face his indictment, he remains a fugitive in Spain. Within

7  the past week defense counsel submitted a Claim in a related forfeiture proceedings

8  which Mr. Mendoza signed and had notorized in Bilbao, Spain, on April 2, 2007.

9      (2)  The government just learned that Mr. Smith has agreed to deportation and that

10  an Order of Deportation is being presented to a Court this week.  The Bureau of

11  Immigration and Customs Enforcement is ready to return him to Australia but, by this

12  pleading, the government moves to detain him for a short time, so that he may be deposed

13  prior to his departure.  Mr. Mendoza's attorneys would be involved in this deposition and

14  Mr. Smith could be deported once the deposition was concluded.

15      The Court has the authority under 18 U.S.C. § 3144 to detain an individual as a

16  material witness in any criminal proceeding.  Title 18, United States Code, Section 3144,

17  provides that:

18          If it appears from an affidavit filed by a party that the
           testimony of a person is material in a criminal proceeding, and
19          if it is shown that it may become impracticable to secure the
           presence of the person by subpoena, a judicial officer may
20          order the arrest of the person and treat the person in
           accordance with the provisions of Section 3142. . . .

21

22  18 U.S.C. § 3144.  Before a material witness arrest warrant may issue, the Court must

23  have probable cause to believe (1) the testimony of the person is material and (2) it may

24  become impracticable to secure his presence by subpoena.  *Bacon v. United States,*

25  449 F.2d 933, 943 (9th Cir. 1971).  Mr. Smith's Grand Jury testimony provides the basis

26  for believing that he has material testimony.  The government also has probable cause to

27  believe that the normal subpoena process may not secure the appearances of this witness

28  after he is deported, as he will not be subject to compulsory process once he is in

MOTION FOR SMITH MATERIAL
WITNESS WARRANT/MENDOZA - 2
CR06-466Z

1   Australia.

2          The United States requests that the Court detain this witness until the United States

3   has expeditiously obtained his testimony.  The United States will proceed in good faith

4   and with due diligence and has contacted Gilbert Levy, counsel for Mr. Smith, and

5   Amanda Lee, counsel for Mr. Mendoza, in an attempt to schedule the deposition quickly.

6          DATED this 17th day of April, 2007.

7                                        Respectfully submitted,

8                                        JEFFREY C. SULLIVAN
                                         United States Attorney

9

10                                       s/ Susan M. Roe
                                         SUSAN M. ROE
11                                       Assistant United States Attorney
                                         WSBN 13000
12                                       United States Attorney's Office
                                         700 Stewart Street, Suite 5220
13                                       Seattle, WA 98101-1271
                                         Telephone: 206.553.1077
14                                       Fax: 206.553.4440
                                         E-mail: Susan.Roe@usdoj.gov
15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR SMITH MATERIAL
WITNESS WARRANT/MENDOZA - 3
CR06-466Z

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).  I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

s/Lilibeth D. Margen
LILIBETH D. MARGEN
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206.553.4214
FAX:   206.553.4440
E-mail: Beth.Margen@usdoj.gov

MOTION FOR SMITH MATERIAL
WITNESS WARRANT/MENDOZA - 4
CR06-466Z

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970