Judge Zilly

06-CR-00466-STMT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   CR06-466Z |
| Plaintiff, ) | |
| ) | ORDER FOR MATERIAL |
| v. ) | WITNESS ARREST WARRANT |
| ) | AND FOR RULE 15 |
| DAVID MENDOZA, ) | DEPOSITION |
| ) | |
| Defendant. ) | |

This motion have been made by the United States of America, by and through Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Susan M. Roe, Assistant United States Attorney, and good cause being shown, now therefore,

IT IS ORDERED that a Material Arrest Warrant be issued for Timothy Peter Smith and that his testimony, pursuant to Rule 15, be taken in due course and with no undue delay to be used in the above-entitled matter should the defendant not voluntarily return from Australia to testify.

DATED this 18th day of April, 2007.

THOMAS S. ZILLY
United States District Judge

MOTION FOR SMITH MATERIAL
WITNESS WARRANT/MENDOZA - 1
CR06-466Z