# United States District Court
WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | OF MATERIAL WITNESS |
| Timothy Peter Smith | |
| | CASE NUMBER: CR06-466Z |

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **Timothy Peter Smith** _____ and bring him or her forthwith to the nearest magistrate judge to answer a(n) Order of arrest of material witness

in violation of Title ____ United States Code, Section(s) _____

C. Ledesma
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

April 18, 2007 at Seattle, Washington
Date and Location

☐ Bail fixed at _____ by _____

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

06-CR-00466-WRNT