Judge Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   CR06-466Z |
| Plaintiff, ) | |
| ) | ORDER QUASHING MATERIAL WITNESS ARREST WARRANT AND STRIKING RULE 15 DEPOSITION |
| v. ) | |
| DAVID MENDOZA, ) | |
| Defendant. ) | |

This motion have been made by the United States of America, by and through Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Susan M. Roe, Assistant United States Attorney, and good cause being shown,  now therefore,

IT IS ORDERED that a Material Arrest Warrant previously issued for Timothy Peter Smith  is hereby quashed and,

IT IS FURTHER ORDERED that the Rule 15 deposition noted pursuant to the Material Witness Warrant is stricken.

DATED this _____ day of May, 2007.

_____
THOMAS S. ZILLY
United States District Judge

ORDER QUASHING MATERIAL WITNESS/SMITH
CR06-466Z/MENDOZA - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970