Judge Zilly

**06-CR-00466-CJA**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   CR06-466Z |
| Plaintiff, ) | |
| ) | ORDER QUASHING MATERIAL WITNESS ARREST WARRANT AND STRIKING RULE 15 DEPOSITION |
| v. ) | |
| DAVID MENDOZA, ) | |
| Defendant. ) | |

This motion have been made by the United States of America, by and through Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Susan M. Roe, Assistant United States Attorney, and good cause being shown, now therefore,

IT IS ORDERED that a Material Arrest Warrant previously issued for Timothy Peter Smith is hereby quashed and,

IT IS FURTHER ORDERED that the Rule 15 deposition noted pursuant to the Material Witness Warrant is stricken.

DATED this ___10th___ day of May, 2007.

_____
THOMAS S. ZILLY
United States District Judge

ORDER QUASHING MATERIAL WITNESS/SMITH
CR06-466Z/MENDOZA - 1