Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in The U.S.
DISTRICT COURT at Seattle, Washington.

MAY 22 20.07
BRUCE RIFKIN, Clerk
By_____ Deputy

*06-CR-00466-INDI*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,      )
                               )     NO.   CR06-466 TSZ
          Plaintiff,           )
                               )
     v.                        )     SUPERSEDING
                               )     INDICTMENT
DAVID RONALD MENDOZA,          )
                               )
          Defendant.           )
_____)

The Grand Jury charges that:

## COUNT 1

### (Conspiracy to Import Marijuana)

Beginning at a time unknown but within the past five years and continuing

through August 17, 2006, within the Western District of Washington and elsewhere,

DAVID RONALD MENDOZA and others, known and unknown, knowingly and

intentionally did conspire to import, from a place outside the United States, to wit,

Canada, to a place inside the United States, to wit, King County, Washington,

marijuana, a substance controlled under Schedule I, Title 21, United States Code,

Section 812.

The Grand Jury further alleges that this offense involved one thousand (1,000)

kilograms or more of a mixture or substance containing marijuana.

All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and

(b)(1)(G) and 963.

SUPERSEDING INDICTMENT
MENDOZA - 1
CR06-466 TSZ

## COUNT 2

### (Conspiracy to Possess Marijuana on Board an Arriving Aircraft)

In the time between June 1, 2005 and through August 17, 2006, within the Western District of Washington and elsewhere, DAVID RONALD MENDOZA and others, known and unknown, knowingly and intentionally did conspire to possess on board aircraft arriving in the United States, without being part of the official supplies of the aircraft and without being entered as cargo on its manifest, marijuana, a substance controlled under Schedule I, Title 21, United States Code, Section 812.

It is further alleged that this offense involved one thousand (1,000) kilograms or more of a mixture or substance containing marijuana.

All in violation of Title 21, United States Code, Sections 955, 960(b)(1)(G) and 963.


## COUNT 3

### (Possession of Marijuana on Board an Arriving Aircraft-Load in the Ravine)

On or about August 4, 2005, within the Western District of Washington and elsewhere, DAVID RONALD MENDOZA knowingly and intentionally did possess, and aid and abet the possession of, on board aircraft arriving in the United States, without being part of the official supplies of the aircraft and without begin entered as cargo on its manifest, marijuana, a substance controlled under Schedule I, Title 21, United States Code, Section 812.

It is further alleged that this offense involved one hundred (100) kilograms or more of a mixture or substance containing marijuana.

All in violation of Title 21, United States Code, Sections 955 and 960(b)(2)(G) and Title 18, United States Code, Section 2.


## COUNT 4

### (Possession of Marijuana on Board an Arriving Aircraft-Smith Load)

SUPERSEDING INDICTMENT
MENDOZA - 2
CR06–466 TSZ

On or about February 7, 2006, within the Western District of Washington and elsewhere, DAVID RONALD MENDOZA knowingly and intentionally did possess, and aid and abet the possession of, on board aircraft arriving in the United States, without being part of the official supplies of the aircraft and without begin entered as cargo on its manifest, marijuana, a substance controlled under Schedule I, Title 21, United States Code, Section 812.

It is further alleged that this offense involved one hundred (100) kilograms or more of a mixture or substance containing marijuana.

All in violation of Title 21, United States Code, Sections 955 and 960(b)(2)(G) and Title 18, United States Code, Section 2.

## COUNT 5

(Possession of Marijuana on Board an Arriving Aircraft-Cramer Loads)

During the time from June 1 through August 17, 2006, within the Western District of Washington and elsewhere, DAVID RONALD MENDOZA knowingly and intentionally did possess, and aid and abet the possession of, on board aircraft arriving in the United States, without being part of the official supplies of the aircraft and without begin entered as cargo on its manifest, marijuana, a substance controlled under Schedule I, Title 21, United States Code, Section 812.

It is further alleged that this offense involved one hundred (100) kilograms or more of a mixture or substance containing marijuana.

All in violation of Title 21, United States Code, Sections 955 and 960(b)(2)(G) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS - TITLE 21

Upon conviction of one or more of the controlled substance offenses alleged in Counts 1 through 5 of this Superseding Indictment, defendant David Mendoza shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any

SUPERSEDING INDICTMENT
MENDOZA - 3
CR06--466 TSZ

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    property, real or personal, constituting, or derived from, proceeds obtained, directly or

2    indirectly, as a result of the said violations, and any property, real or personal, used or

3    intended to be used, in any manner or part to commit, or to facilitate the commission of

4    the said violations, including but not limited to the following:

5        REAL PROPERTY commonly known as 2526 155th Place SE, Bellevue,

6    Washington, King County Parcel #675130-0450;

7        REAL PROPERTY commonly known as 31726 North Spotted Road, Deer Park,

8    Washington, Spokane County Parcel #28092-9065;

9        REAL PROPERTY commonly known as 849 NW Wall Street, Bend, Oregon,

10    Deschutes County Parcel #1-061 17 12 32 BD 06200 103806.

11        If any of the above-described forfeitable property, as a result of any act or

12    omission of the Defendant:

13        a.        cannot be located upon the exercise of due diligence;

14        b.        has been transferred or sold to, or deposited with, a third party:

15        c.        has been placed beyond the jurisdiction of the Court;

16        d.        has been substantially diminished in value; or

17        e.        has been commingled with other property which cannot be subdivided

18    without difficulty;

19        it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek

20    forfeiture of any other property of the defendant up to the value of the forfeitable

21    properties described above.

22

23                              COUNT 6

24                (Conspiracy to Engage in Money Laundering)

25        Beginning at a time unknown but occurring within the last five years and

26    continuing through March 2, 2007, within the Western District of Washington and

27    elsewhere, DAVID RONALD MENDOZA and others, known and unknown,

28

SUPERSEDING INDICTMENT
MENDOZA - 4
CR06-466 TSZ

1  knowingly and intentionally combined, conspired, confederated and agreed together and

2  with each other, to commit certain offenses under Title 18, United States Code, Section

3  1956 as follows:

4                                          **(1956(a)(1))**

5         (1)     To conduct or attempt to conduct a financial transaction affecting

6  interstate commerce which in fact involved the proceeds of specified unlawful activity,

7  that is, a conspiracy to import marijuana, in violation of Title 21, United States Code,

8  Sections 952(a), 960(a)(1) and (b)(1)(G), and 963, a conspiracy to possess marijuana on

9  board arriving aircraft, in violation of Title 21, United States Code, Sections 955,

10  960(b)(1)(G), and 963, and possessing and aiding and abetting possession of marijuana

11  on board arriving aircraft, in violation of Title 21, United States Code, Sections 955

12  and 960(b)(2)(G) and Title 18, United States Code, Section 2, knowing that the

13  property involved in the financial transaction represented the proceeds of some form of

14  unlawful activity –

15               (A)     with the intent to promote the carrying on of the specified unlawful

16  activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and

17               (B)     knowing that the transaction is designed in whole or in part –

18                       (i)      to conceal or disguise the nature, the location, the source,

19  the ownership, or the control of the proceeds of the specified unlawful activity, in

20  violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

21                       (ii)     to avoid a transaction reporting requirement under State or

22  Federal law, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(ii);

23                                          **(1956(a)(2))**

24         (2)     To transport, transmit, or transfer, or attempt to transport, transmit, or

25  transfer a monetary instrument or funds from a place in the United States to or through

26  a place outside the United States or to a place in the United States from or through a

27  place outside the United States –

28

SUPERSEDING INDICTMENT
MENDOZA - 5
CR06–466 TSZ

1   (A)   with the intent to promote the carrying on of specified unlawful

2   activity, that is, a conspiracy to import marijuana, in violation of Title 21, United

3   States Code, Sections 952(a), 960(a)(1) and (b)(1)(G), and 963, a conspiracy to possess

4   marijuana on board arriving aircraft, in violation of Title 21, United States Code,

5   Sections 955, 960(B)(1)(G) and 963, and possessing and aiding and abetting possession

6   of marijuana on board arriving aircraft, in violation of Title 21, United States Code,

7   Sections 955 and 960(B)(2)(G) and Title 18, United States Code, Section 2, and

8   (B)   knowing that the transaction is designed in whole or in part –

9   (i)   to conceal or disguise the nature, the location, the source,

10   the ownership, or the control of the proceeds of the specified unlawful activity, that is,

11   a conspiracy to import marijuana, in violation of Title 21, United States Code, Sections

12   952(a), 960(a)(1) and (b)(1)(G), and 963, a conspiracy to possess marijuana on board

13   arriving aircraft, in violation of Title 21, United States Code, Sections 955, 960 and

14   963, and possessing and aiding and abetting possession of marijuana on board arriving

15   aircraft, in violation of Title 21, United States Code, Sections 955 and 960 and Title

16   18, United States Code, Section 2, and

17   (ii)   to avoid a transaction reporting requirement under State or

18   Federal law, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(ii);

19   All in violation of Title 18, United States Code, Section 1956(h).

20

21   ## COUNT 7

22   (Structuring Currency Transactions)

23   In the time of May through September of 2005, at Seattle, within the Western

24   District of Washington, and elsewhere, DAVID RONALD MENDOZA did structure, and

25   did cause to be structured, and did aid and abet the structuring of, currency transactions

26   with one or more domestic financial institutions, for the purpose of evading the

27   requirement of Title 31, United States Code, Section 5313(a) and any regulation

28   prescribed under such section, that is, the requirement of a financial institution to report

SUPERSEDING INDICTMENT
MENDOZA - 6
CR06—466 TSZ

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

currency transactions involving more than $10,000, in that DAVID RONALD
MENDOZA caused the following Cashier Checks purchased with currency and issued
from the Bank of America to be purchased, endorsed, deposited and cashed:

|   | Cashier Check Number | Date Paid | Trace Number | Dollar Amount |
|---|---|---|---|---|
| 1 | 7770383091 | 6/3/2005 | M06020201 | $2,500.00 |
| 2 | 1790250435 | 6/27/2005 | M06650914 | $2,500.00 |
| 3 | 1790250444 | 6/27/2005 | M06650915 | $2,500.00 |
| 4 | 0010332567 | 7/20/2005 | M07295358 | $2,500.00 |
| 5 | 0010332576 | 7/20/2005 | M07295360 | $2,500.00 |
| 6 | 0570501990 | 7/20/2005 | M07295368 | $2,500.00 |
| 7 | 0570502008 | 7/20/2005 | H17172927 | $2,500.00 |
| 8 | 0570502116 | 7/20/2005 | M07295367 | $2,500.00 |
| 9 | 0570502125 | 7/20/2005 | M07295366 | $2,500.00 |
| 10 | 0570502224 | 7/28/2005 | M05918211 | $2,500.00 |
| 11 | 0820318977 | 7/28 2005 | M05918226 | $2,500.00 |
| 12 | 0820318986 | 7/28/2005 | M05918223 | $2,500.00 |
| 13 | 0820318995 | 7/28/2005 | M05918239 | $2,500.00 |
| 14 | 0820319013 | 7/28/2005 | M05918236 | $2,500.00 |
| 15 | 0820319148 | 7/20/2005 | M07295364 | $2,500.00 |
| 16 | 0820319157 | 7/20/2005 | M07295362 | $2,500.00 |
| 17 | 0820319292 | 7/28/2005 | M05918204 | $2,500.00 |
| 18 | 0820319328 | 7/28/2005 | M05918205 | $2,500.00 |
| 19 | 1500208254 | 7/20/2005 | M07295357 | $2,500.00 |
| 20 | 1500208263 | 7/20/2005 | M07295373 | $2,500.00 |
| 21 | 1500208272 | 7/28/2005 | M05918237 | $2,500.00 |
| 22 | 1500208291 | 7/28/2005 | M05918220 | $2,500.00 |
| 23 | 1500208353 | 7/28/2005 | M05918209 | $2,500.00 |
| 24 | 1760270751 | 7/28/2005 | M05918231 | $2,500.00 |
| 25 | 1760270760 | 7/28/2005 | M05918230 | $2,500.00 |

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | Cashier Check Number | Date Paid | Trace Number | Dollar Amount |
|---|---|---|---|---|
| 26 | 1790250453 | 7/28/2005 | M05918225 | $2,500.00 |
| 27 | 1790250462 | 7/28/2005 | M05918224 | $2,500.00 |
| 28 | 1790250471 | 7/28/2005 | M05918234 | $2,500.00 |
| 29 | 1790250480 | 7/28/2005 | M05918228 | $2,500.00 |
| 30 | 1790250561 | 7/20/2005 | M07295370 | $2,500.00 |
| 31 | 1900430316 | 7/28/2005 | H17342593 | $2,500.00 |
| 32 | 1900430325 | 7/28/2005 | M05918227 | $2,500.00 |
| 33 | 1900430631 | 7/28/2005 | H17342594 | $2,500.00 |
| 34 | 2280257931 | 7/28/2005 | M05918216 | $2,500.00 |
| 35 | 2280257946 | 7/28/2005 | M05918217 | $2,500.00 |
| 36 | 2280258063 | 7/20/2005 | M07295359 | $2,500.00 |
| 37 | 2280258072 | 7/20/2005 | M07295361 | $2,500.00 |
| 38 | 2280258081 | 7/20/2005 | M07295363 | $2,500.00 |
| 39 | 2280258144 | 7/28/2005 | M05918202 | $2,500.00 |
| 40 | 2280258153 | 7/28/2005 | M05918203 | $2,500.00 |
| 41 | 2780353863 | 7/20/2005 | M07295375 | $2,500.00 |
| 42 | 3080377773 | 7/28/2005 | M05918233 | $2,500.00 |
| 43 | 3080377782 | 7/28/2005 | M05918232 | $2,500.00 |
| 44 | 3080378034 | 7/20/2005 | M07295374 | $2,500.00 |
| 45 | 3080378043 | 7/20/2005 | M07295371 | $2,500.00 |
| 46 | 3080378052 | 7/20/2005 | M07295372 | $2,500.00 |
| 47 | 3540304413 | 7/28/2005 | M05918213 | $2,500.00 |
| 48 | 3650316345 | 7/28/2005 | M05918221 | $2,500.00 |
| 49 | 3650316354 | 7/28/2005 | M05918229 | $2,500.00 |
| 50 | 5210571933 | 7/28/2005 | M05918214 | $2,500.00 |
| 51 | 5850645111 | 7/28/2005 | M05918212 | $2,500.00 |
| 52 | 6210284427 | 7/28/2005 | M05918208 | $2,500.00 |
| 53 | 6210284436 | 7/28/2005 | M05918207 | $2,500.00 |
| 54 | 6660294498 | 7/20/2005 | M07295365 | $2,500.00 |

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

|    | Cashier Check Number | Date Paid | Trace Number | Dollar Amount |
|----|----------------------|-----------|--------------|---------------|
| 55 | 6660294507           | 7/28/2005 | M05918235    | $2,500.00     |
| 56 | 7160304168           | 7/28/2005 | M05918222    | $2,500.00     |
| 57 | 7160304177           | 7/28/2005 | M05918219    | $2,500.00     |
| 58 | 7160304186           | 7/28/2005 | M05918218    | $2,500.00     |
| 59 | 7770386610           | 7/28/2005 | M05918238    | $2,500.00     |
| 60 | 7770386628           | 7/28/2005 | M05918206    | $2,500.00     |

which together constituted more than $100,000 within a twelve month period.

All in violation of Title 31, United States Code, Section 5324(a)(3) and 5324(d)(1), and Title 18, United States Code, Section 2.

**FORFEITURE ALLEGATIONS – Title 18**

Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of one or more of the money laundering offenses set forth in Count 6 of this Superseding Indictment, defendant David Mendoza shall forfeit to the United States any and all property, real or personal, involved in each offense in violation of Title 18, United States Code, Section 1956, or conspiracy to commit such offense, for which the defendant is convicted, and all property traceable to such property, including all money or other property that was the subject of each transaction, transportation, transmission or transfer in violation of Section 1956; all commission, fees and other property constituting proceeds obtained directly as a result of these violations; and 3) all property used in any manner or part to commit or to facilitate the commission of those violations, including, but not limited to:

REAL PROPERTY commonly known as 849 NW Wall Street, Bend, Oregon, Deschutes County Parcel #1-061 17 12 32 BD 06200 103806.

If any of the above-described forfeitable property, as a result of any act or omission of the Defendant:

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1      a.      cannot be located upon the exercise of due diligence;

2      b.      has been transferred or sold to, or deposited with, a third party:

3      c.      has been placed beyond the jurisdiction of the Court;

4      d.      has been substantially diminished in value; or

5      e.      has been commingled with other property which cannot be subdivided

6  without difficulty;

7  it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18

8  U.S.C. § 982(b), to seek forfeiture of any other property of the defendant up to the value

9  of the forfeitable property described above.

10

11                                              A TRUE BILL:

12                                              DATED:    May 22, 2007

13

14                                              Signature Redacted Pursuant to Judicial Policy
                                                FOREPERSON

15

16

17  JEFFREY C. SULLIVAN
    United States Attorney

18

19

20  DOUGLAS B. WHALLEY
    Assistant United States Attorney

21

22  SUSAN M. ROE
    Assistant United States Attorney

23

24

25  RONALD FRIEDMAN
    Assistant United States Attorney

26

27

28  RICHARD E. COHEN
    Assistant United States Attorney

SUPERSEDING INDICTMENT
MENDOZA - 10
CR06-466 TSZ