**DEFENDANT STATUS SHEET**  (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  **DAVID R. MENDOZA**             USAO#_____

_/ MAGISTRATE'S NO. :_____     X/ DOCKET NO. (If Superseding Indictment) CR  **06-466 TSZ**

*************************************************************************************************

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?   _/ yes   X/ no
IF YES:

    _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING C
\*\*\*  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: ____
    _/ A DETENTION ORDER HAS BEEN ENTERED.
    \*\*\*  _/ TEMPORARY DETENTION
    \*\*\*  _/ PERMANENT DETENTION

**06-CR-00466-STMT**

    _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
    (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
    _/ SERVING A FEDERAL SENTENCE AT _____
    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.
    _/ PENDING STATE CHARGES AT _____.

*************************************************************************************************

III. ARRAIGNMENT

X/ WARRANT TO ISSUE.  (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
    (Date)
    DEFENDANT'S ADDRESS: _____

_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
    (Date)
    DEFENSE ATTORNEY'S NAME:  **Jeffrey Robinson and Amanda Lee**
    DEFENSE ATTORNEY'S ADDRESS: _____

*************************************************************************************************

IV. CONDITIONS OF RELEASE

_/ NOT PREVIOUSLY SET, SHOULD BE:  **Defendant is a fugitive. Detain when apprehended**
    [e.g., P.R.; BAIL (listing conditions); DETENTION]

_/ PREVIOUSLY SET, SHOULD BE:
    _/ CONTINUE CONDITIONS OF RELEASE
    _/ CONTINUE DETENTION
    _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

*************************************************************************************************

HAS THE FPD represented any subject or witness in this case?   _/ Yes   _/ No

*************************************************************************************************

THE ESTIMATED TRIAL TIME IS **10** TRIAL DAYS.   **May 15, 2007**
    (Date Form filled out)

(Revised June 2000)