Judge Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JOHN MARTIN SANDERS,<br>WILLIAM CLARENCE RENNER and<br>DANNY WAYNE ZYLSTRA,<br><br>        Defendants. | CR07-331 MJP<br><br>NOTICE OF RELATED CASES<br>[Related to: CR06-052; CR06-158<br>      and CR06-466] |

The United States of America, by and through Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Susan M. Roe and Ronald J. Friedman, Assistant United States Attorneys for said District, hereby respectfully submit the following notice

//
//
//

NOTICE OF RELATED CASE
CR07-331 - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  pursuant to the General Order in the Matter of the Division of Court Business.

2    The above-captioned case is related to the below-listed cases:

3  1.    *United States v. Robert Beazley, et al*  CR06-052 JCC

4  2.    *United States v Timothy Peter Smith,* CR06-158 JCC

5  3.    *United States v. David R. Mendoza*, CR06-466 TSZ

6    DATED this 11th day of December, 2007.

7                    Respectfully submitted,

8
                    JEFFREY C. SULLIVAN
9                   United States Attorney

10

11                   *s/ Susan M. Roe*
                    SUSAN M. ROE
12                  Assistant United States Attorney
                    WSBA 13000
13                  United States Attorney's Office
                    700 Stewart Street, Suite 5220
14                  Seattle, Washington 98101-1271
                    Telephone: 206.553.1077
15                  Fax: 206.553.4440
                    Email: Susan.Roe@usdoj.gov
16

17
                     *s/ Ronald J. Friedman*
18                  RONALD J. FRIEDMAN
                    Assistant United States Attorney
19                  United States Attorney's Office
                    700 Stewart Street, Suite 5220
20                  Seattle, Washington 98101-1271
                    Phone:(206) 553-1779
21                  Fax:    (206) 553-4440
                    Email: Ronald.Friedman@usdoj.gov
22

23

24

25

26

27

28

NOTICE OF RELATED CASE
CR07-331 - 2

CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).  I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

*s/Rachel Lynch*
RACHEL LYNCH
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4214
FAX:   (206) 553-4440
E-mail: rachel.lynch@usdoj.gov

NOTICE OF RELATED CASE
CR07-331 - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970