Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>DAVID R. MENDOZA,<br><br>                              Defendant. | No. CR 06-0466 TSZ<br><br>MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT<br><br>NOTE ON MOTION CALENDAR:<br>May 9, 2008 |

### MOTION

COMES NOW Jeffery P. Robinson of Schroeter, Goldmark & Bender, counsel for Defendant David Mendoza, and respectfully moves this Court to withdraw from the above-captioned case because Mr. Mendoza is out of the jurisdiction and, therefore, there is nothing that can be done by counsel. This motion is supported by following Declaration of Jeffery P. Robinson.

### DECLARATION OF COUNSEL

I am currently counsel of record representing Mr. Mendoza in the above-entitled cause.

Mr. Mendoza is not presently in the jurisdiction. Despite this impediment, I have attempted to negotiate on his behalf with Susan Roe of the United States Attorney's Office in an attempt to resolve this case.

1  I have been unable to resolve the matter through negotiation, and there is nothing else
2  I think I can do to move this case forward.  As a result, I ask the Court's permission to
3  withdraw at this time.

4  A proposed order accompanies this motion.

5  DATED this 2nd day of May, 2008.

Respectfully submitted,

 *s/ Jeffery P. Robinson*
JEFFERY P. ROBINSON
Withdrawing Attorney for Defendant
SCHROETER, GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:  (206) 682-2305
Email:  robinson@sgb-law.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Susan M. Roe, Assistant United States Attorneys.

*s/ Andrea Crabtree*
ANDREA CRABTREE
Paralegal
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:  (206) 682-2305
Email:  crabtree@sgb-law.com