Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br> v.<br><br>DAVID R. MENDOZA,<br><br>        Defendant. | No. CR 06-0466 TSZ<br><br>[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL |

Having reviewed the Motion to Withdraw as Counsel for Defendant and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Mr. Robinson's Motion to Withdraw is granted; and
2. Mr. Robinson's name, including firm name and his partners' names, shall be removed from all ECF district court filings, pleadings, court documents, and correspondence regarding this case.

DATED this _____ day of _____, 2008.

                      _____
                      THOMAS S. ZILLY
                      UNITED STATES DISTRICT JUDGE