01

02

03

04

05

06          UNITED STATES DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON
07                AT SEATTLE

08  UNITED STATES OF AMERICA,          )    CASE NO. CR06-466-TSZ
                                       )
09          Plaintiff,                 )
                                       )
10          v.                         )
                                       )    DETENTION ORDER
11  DAVID RONALD MENDOZA,              )
                                       )
12          Defendant.                 )
    _____  )

13

14  Offense charged:     Conspiracy to Import Marijuana; Conspiracy to Possess Marijuana on

15  Board an Arriving Aircraft; Possession of Marijuana on Board an Arriving Aircraft (3 counts);

16  Conspiracy to Engage in Money Laundering; Forfeiture provisions

17  Date of Detention Hearing:    May 4, 2009

18          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

20  that no condition or combination of conditions which defendant can meet will reasonably assure

21  the appearance of defendant as required and the safety of other persons and the community.

22  / / /

01 <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02     (1)    The Superseding Indictment, returned on May 22, 2007, charges defendant with

03 offense conduct alleged to have occurred in 2005-2007.  Defendant was extradited from Spain

04 to address these charges.

05     (2)    Defendant was not interviewed by Pretrial Services.  There is little background

06 information available.  He does not contest detention.

07     (3)    Defendant poses a risk of nonappearance due to unknown background

08 information, and the extradition from Spain.  He poses a risk of danger based on criminal history,

09 and the nature of the instant offense.

10     (4)    There does not appear to be any condition or combination of conditions that will

11 reasonably assure the defendant's appearance at future Court hearings while addressing the

12 danger to other persons or the community.

13 It is therefore ORDERED:

14     (1)    Defendant shall be detained pending trial and committed to the custody of the

15         Attorney General for confinement in a correction facility separate, to the extent

16         practicable, from persons awaiting or serving sentences or being held in custody

17         pending appeal;

18     (2)    Defendant shall be afforded reasonable opportunity for private consultation with

19         counsel;

20     (3)    On order of a court of the United States or on request of an attorney for the

21         Government, the person in charge of the corrections facility in which defendant

22         is confined shall deliver the defendant to a United States Marshal for the purpose

DETENTION ORDER                                    15.13
18 U.S.C. § 3142(i)                             Rev. 1/91
PAGE 2

01      of an appearance in connection with a court proceeding; and

02      (4)      The clerk shall direct copies of this Order to counsel for the United States, to

03               counsel for the defendant, to the United States Marshal, and to the United States

04               Pretrial Services Officer.

05      DATED this 4th day of May, 2009.

07      _____
        Mary Alice Theiler
        United States Magistrate Judge