# United States District Court
## WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

v.

**DAVID RONALD MENDOZA**

**WARRANT FOR ARREST**

2007 MAY 22 P 1:05

CASE NUMBER: **CR 06-466 TSZ**

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**DAVID RONALD MENDOZA**_____ and bring him or her forthwith to the nearest magistrate judge to answer a(n) **SUPERSEDING INDICTMENT** charging him or her with:

| | | |
|---|---|---|
| Count 1: | **Conspiracy to Import Marijuana** | |
| | 21:952(a), 960(a)(1) & (b)(1)(G) & 963 | |
| Count 2: | **Conspiracy to Possess Marijuana on Board an Arriving Aircraft** | |
| | 21:955, 960(b)(1)(G) & 963 | |
| Count 3: | **Possession of Marijuana on Board an Arriving Aircraft-Load in the Ravine** | |
| | 21:955 & 960(b)(2)(G) & 18:2 | |
| Count 4: | **Possession of Marijuana on Board an Arriving Aircraft-Smith Load** | |
| | 21:955 & 960(b)(2)(G) & 18:2 | |
| Count 5: | **Possession of Marijuana on Board an Arriving Aircraft-Cramer Load** | |
| | 21:955 & 960(b)(2)(G) & 18:2 | |
| Count 6: | **Conspiracy to Engage in Money Laundering** | |
| | 18:1956(h) | |
| Count 7: | **Structuring Currency Transactions** | |
| | 31:5324(a)(3) 7 5324(d)(1) & 18:2 | |

____James Kelly____
Name of Issuing Officer

____Deputy Clerk____
Title of Issuing Officer

Signature of Issuing Officer

[] Bail fixed at _____ by _____

May 22, 2007 at Seattle, Washington
Date and Location

**06-CR-00466-APPL**

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

New York

| DATE RECEIVED 5-22-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5-1-9 | Arrest USMS / DEO | USMS/DEO |