Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. CR06-466TSZ |
| ) | |
| v. ) | GOVERNMENT'S FILING |
| ) | RE: RULE 15 DEPOSITION |
| DAVID MENDOZA, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The United States of America, by and through Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Susan M. Roe and Roger S. Rogoff, Assistant United States Attorneys for said District, submits this clarification as directed on the issue of taking a Rule 15 deposition in Canada.

The government apologizes that the information regarding the necessary permission was not clearer in its last pleading. The undersigned is not waiting for DOJ approval for the Rule 15 deposition but permission from Canada to perform legal work inside Canada. The process is as follows.

When an AUSA wishes to travel to foreign country to conduct legal work on behalf of the U.S. government, the Department of Justice must obtain permission for a DOJ official to enter the foreign country on business. Since Treaties, MLATS and the other authorizing documents are made between the Department of State and the other country, DOJ submits the request to the U.S. State Department. The State Department

GOVERNMENT'S FILING RE:
RULE 15 DEPOSITION
MENDOZA/ CR06-466 – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

reviews the request and—if it falls within the allowable terms and conditions of treaties and MLATS between the foreign country and the U.S.—forwards the request to that foreign country. The foreign country then reviews the request and determines whether the requested travel is allowed under its laws as well as what that country's responsibilities are in assisting in the matter.

Sometimes AUSAs are not allowed into other foreign countries to conduct the business. In that case, the foreign country's government conducts the business on behalf of the U.S. And, *vice versa*, it occurs when AUSAs handle extradition matters in our Courts for foreign countries or when AUSAs handle Letters Rogatory for a foreign government pursuant to an MLAT request.

This case involves the undersigned AUSA traveling from the U.S. into Canada for the deposition, taken pursuant to the Rules on Judicial Assistance Matters.

The undersigned, through DOJ, submits a travel application to the U.S. State Department in Washington, D.C. The application must include (1) the specific date, place and time of the legal proceeding; (2) the name, title and contact information of all U.S. law enforcement and government officials who will attend; (3) the name, title and contact information of all Canadian officials who may be present as well as a summary of the intended legal process and other information. *This information is required by Canada.*

Once the application is complete, the State Department submits it to a Canadian governmental counterpart, the Canadian Department of Foreign Affairs and International Trade (DFAIT), in Ottowa, Ontario. The State Department and DFAIT require a lead time of 21 working days for their review, confirmation, and approval of my request to come into Canada and perform legal work on behalf of the U.S. government.

Therefore, I cannot submit the application to DOJ until I have a specific date and time from the witness and his counsel. Once I have that information, I will submit my application to DOJ, which will review it and transmit it to the State Department. Once

GOVERNMENT'S FILING RE:
RULE 15 DEPOSITION
MENDOZA/ CR06-466 – 2

1  State approves it, State will transmit it to Ottowa which will approve (or not) within 21
2  working days.
3      Since the delay is not attributable to obtaining DOJ approval, but is a function of
4  the process of obtaining Canadian approval, the government asks this Court to order a
5  Rule 15 Rule Deposition of Witness Timothy Smith in this matter.
6      DATED this 11th day of June, 2009.

7
8      Respectfully submitted,
9      JEFFREY C. SULLIVAN
10     United States Attorney

11
12     *s/ Susan M. Roe*
       SUSAN M. ROE
13     Assistant United States Attorney
       WSBA #13000
14     United States Attorney's Office
       700 Stewart, Suite 5220
15     Seattle, WA 98101
       Telephone: (206) 553-1077
16     Fax: (206) 553-4440
       E-mail: susan.roe@usdoj.gov
17
18     *s/ Roger S. Rogoff*
       ROGER S. ROGOFF
19     Assistant United States Attorney
       WSBA #23362
20     United States Attorney's Office
       700 Stewart Street, Suite 5220
21     Seattle, Washington 98101-1271
       Telephone: (206) 553-4330
22     Fax: (206) 553-4440
       E-mail: Roger.Rogoff@usdoj.gov
23
24
25
26
27
28

GOVERNMENT'S FILING RE:  
RULE 15 DEPOSITION  
MENDOZA/ CR06-466 – 3

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | |

I hereby certify that on June 11, 2009 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).  I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

*s/Lindsay Erickson*
LINDSAY ERICKSON
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4377
Fax:   (206) 553-4440
E-mail: Lindsay.Erickson@usdoj.gov

GOVERNMENT'S FILING RE:
RULE 15 DEPOSITION
MENDOZA/ CR06-466 – 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970