Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR06-0466 TSZ |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION TO CONTINUE DEADLINE FOR DEFENDANT TO FILE RESPONSE (TO DKT. 33) |
| v. | |
| DAVID R. MENDOZA, | |
| Defendant. | |

Based upon the unopposed motion of Mr. Mendoza to continue the deadline for Defendant to file a response to the Government's Motion for Rule 15 Deposition of Timothy Smith, and having considered the records and files herein,

NOW, THEREFORE,

IT IS HEREBY ORDERED that the deadline for Mr. Mendoza to file his response to the Government's Motion for Rule 15 Deposition (Dkt. No. 33) is continued from June 12 to

June 26, 2009, or five (5) court days after Mr. Mendoza's anticipated plea hearing, whichever date occurs later.

DONE this _____ day of June, 2009.

JUDGE THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Colette Tvedt*
COLETTE TVEDT
JEFFERY P. ROBINSON
Counsel for Mr. Mendoza

ORDER GRANTING
UNOPPOSED MOTION - 2

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000