Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>                          Plaintiff,       )<br>                                                          )<br>                    v.                               )<br>                                                          )<br> DAVID MENDOZA,                        )<br>                                                          )<br>                          Defendant.    )<br>_____ ) | NO.   CR06-466TSZ<br><br>ORDER TO<br>STRIKE AS MOOT<br>MOTION FOR DEPOSITION |

This motion having been made by the United States of America, by and through Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Susan M. Roe, Assistant United States Attorney for said District, and for the reason set forth in the government's Motion to Strike,

IT IS HEREBY ORDERED that the government's motion to take a deposition of a Material Witness, Docket # 33, be stricken as moot.

DATED this 24th day of July, 2009.

_____
Thomas S. Zilly
United States District Judge

Presented by:
SUSAN M. ROE
Assistant United States Attorney

ORDER TO STRIKE AS MOOT
MOTION FOR DEPOSITION/MENDOZA - 1
CR06-466TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970