Judge Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID RONALD MENDOZA<br><br>  Defendant. | NO. CR06-466TSZ<br><br>LIS PENDENS<br><br>Real Property Located at 1135 Tacoma Avenue South, Tacoma, Washington, Pierce County Parcel #201111-010-0<br><br>(Titled in the name of David R. Mendoza) |

NOTICE IS HEREBY GIVEN that the United States of America has brought an action in the United States District Court for the Western District of Washington seeking to forfeit the Real property commonly known as 1135 Tacoma Avenue South, Tacoma, Washington, Pierce County Parcel #201111-010-0, together with its Buildings, Improvements, Appurtenances, Fixtures, Attachments, and Easements, more particularly described as:

> LOT 17, BLOCK 1111, MAP OF NEW TACOMA, W.T. ACCORDING TO THE PLAT FILED FOR RECORD FEBRUARY 3, 1875 IN THE OFFICE OF THE PIERCE COUNTY AUDITOR, IN PIERCE COUNTY WASHINGTON,

pursuant to Title 21, United States Code, Section 853 for violation of Title 21, United States Code, Section 952(a), 960(a)(1) and (b)(1)(G) and 963.

//

LIS PENDENS (1135 Tacoma, Ave. S, Tacoma, WA) - 1
U.S. DAVID MENDOZA (CR06-466TSZ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Western District of Washington, 700 Stewart Street, Seattle, Washington 98101.

DATED this 24th day of July, 2009.

Respectfully submitted,

JEFFREY C. SULLIVAN
United States Attorney

RICHARD E. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:  (206) 553-2242
Fax No.:    (206) 553-6934
E-mail: Richard.E.Cohen@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

JENNIFER BIRETZ
FSA Supervisory Paralegal, to
RICHARD E. COHEN

LIS PENDENS (1135 Tacoma, Ave. S, Tacoma, WA) - 2
U.S. DAVID MENDOZA (CR06-466TSZ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

RICHARD E. COHEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

COVER SHEET

RICHARD E. COHEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

DOCUMENT TITLE:      Lis Pendens

REFERENCE NUMBER:

GRANTOR:             United States of America

GRANTEE:             David R. Mendoza

LEGAL DESCRIPTION:   LOT 17, BLOCK 1111, MAP OF NEW TACOMA, W.T. ACCORDING TO THE PLAT FILED FOR RECORD FEBRUARY 3, 1875 IN THE OFFICE OF THE PIERCE COUNTY AUDITOR, IN PIERCE COUNTY WASHINGTON,

PARCEL NUMBER:       201111-010-0