Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     v.<br><br>DAVID R. MENDOZA,<br><br>                              Defendant. | No.  CR06-0466 TSZ<br><br>STIPULATED MOTION TO CONTINUE SENTENCING HEARING<br><br>NOTE ON MOTION CALENDAR: August 21, 2009 |

COMES NOW Defendant David R. Mendoza, by and through his attorneys, Colette Tvedt and Jeffery P. Robinson of Schroeter, Goldmark & Bender, and submits this stipulated motion to continue sentencing from September 24, 2009, at 1:30 p.m., to October 30, 2009, at 1:30 p.m.

Counsel for Plaintiff United States of America, Susan Roe and Roger Rogoff, agree with this motion.  Additionally, United States Probation Officer Sara Moore has no objection to the requested continuance.

On June 19, 2009, Mr. Mendoza entered into a plea agreement with the Government (see Dkt. No. 39) and the Court set his sentencing for September 24, 2009 (see Dkt. 40). Due to numerous scheduling conflicts, the defense needs a one-month continuance to complete the presentence interview, review the draft presentence report, provide any objections, prepare a sentencing memorandum, and effectively prepare for sentencing.

In particular, Ms. Tvedt is involved in a shooting case that is going to trial in King County Superior Court and that trial date was recently continued to September 30, 2009 (*State v. Phongmanivan*, King County Superior Court Cause No. 08-1-12331-2 SEA). Because she will be out of the country from September 9 through September 15, Ms. Tvedt will be entrenched in trial preparation and then will be in trial into early October 2009. Prior conflicts due to numerous witness interviews and motions before the King County Superior Court in the *Phongmanivan* matter required Ms. Tvedt to reschedule the Presentence Interview with U.S. Probation Officer Sara Moore. Also, Mr. Robinson leaves for Guantanamo Bay, Cuba, on September 18 and will not return to the office until September 28, 2009, in order to attend a Military Commission hearing and meet with his client. Finally, Ms. Lee underwent a medical procedure on August 19, 2009, which will keep her out of the office for an undetermined amount of time but definitely several weeks.

Defense counsel respectfully submits that failure to continue the sentencing date would deny Defendant and his counsel reasonable time necessary for effective preparation, and further submits that this continuance is necessary and in the interest of justice.

1  A proposed order is submitted with this motion.

2  DATED this 21st day of August, 2009.

Respectfully submitted,

 *s/ Colette Tvedt*
COLETTE TVEDT
Counsel for Defendant David R. Mendoza
SCHROETER, GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:  (206) 682-2305
Email:  tvedt@sgb-law.com

CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the United States of America, Assistant United States Attorneys Susan Roe and Roger Rogoff.  I further certify that I emailed the foregoing to United States Probation Officer Sara Moore.

 *s/ Andrea Crabtree*
ANDREA CRABTREE
Paralegal
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:  (206) 682-2305
Email:  crabtree@sgb-law.com