Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>DAVID R. MENDOZA,<br><br>      Defendant. | No. CR06-0466 TSZ<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE SENTENCING HEARING |

THIS MATTER having come before the Court on a stipulated motion for an order continuing sentencing, together with the records and files herein, the Court FINDS:

For the reasons stated in the stipulated motion that failure to continue the sentencing date would deny Defendant and his counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and it further appearing to the Court that the ends of justice are served by granting the requested continuance,

//
//
//
//

ORDER - 1

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

1  IT IS HEREBY ORDERED that the sentencing date is continued from September 24,

2  2009, at 1:30 p.m., to October 30, 2009, at 1:30 p.m.

3  DONE this _____ day of _____, 2009.

4

5

6
_____
7  JUDGE THOMAS S. ZILLY
United States District Court Judge
8

9  Presented by:

10  *s/ Colette Tvedt*
COLETTE TVEDT
11  Counsel for Defendant David R. Mendoza
SCHROETER, GOLDMARK & BENDER
12  810 Third Avenue, Suite 500
13  Seattle, WA  98104
Phone:  (206) 622-8000
14  Fax:  (206) 682-2305
Email:  tvedt@sgb-law.com
15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
(206) 622-8000