```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED
```

Judge Zilly

NOV 19 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

06-CR-00466-DECL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                          )   NO. CR06-0466TSZ
           Plaintiff,     )
                          )   PRELIMINARY ORDER OF
      v.                  )   FORFEITURE
                          )
DAVID RONALD MENDOZA,     )
                          )
           Defendant.     )
_____)

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and based upon the guilty plea of DAVID RONALD MENDOZA to Conspiracy to Import more than 1,000 kilograms of Marijuana, as charged in Count 1 of the Superseding Indictment, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and (b)(1)(G) and 963, and upon the terms of the Plea Agreement filed in this matter between DAVID RONALD MENDOZA and the United States, it is hereby:

ORDERED, ADJUDGED and DECREED that pursuant to Title 21, United States Code, Section 853, DAVID RONALD MENDOZA shall forfeit the following properties to the United States of America:

    1.    Real property commonly known as 2526 155th Place SE, Bellevue, Washington, King County Parcel #675130-0450, together with its Buildings, Improvements, Appurtenances, Fixtures, Attachments, and Easements, more particularly described as:
Lot 30, except the North 10 feet; and the North 10 feet of Lot 29, Block 4, Phantom Lake View Division No. 2, according to the plat Recorded in Volume 57 of Plats, Pages 21-22, in King County, Washington,

    2.    The proceeds of the sale of the of real property commonly known as 31726 North Spotted Road, Deer Park, Washington, Spokane County Parcel #28092-

PRELIMINARY ORDER OF FORFEITURE— 1
CR08-307JLR - U.S. v. DAVID RONALD MENDOZA

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

9065, totaling Seventy-Five Thousand Three-Hundred Sixty-Six Dollars and Fifty-Five Cents ($75,366.55), more or less, and any interest yielded therefrom;

3. The proceeds of the sale of real property commonly known as 849 NW Wall Street, Bend, Oregon, Deschutes County Parcel #1-061 17 12 32 BD 06200 103806, together with its Buildings, Improvements, Appurtenances, Fixtures, Attachments, and Easements, more particularly described as:

Lot Seventeen (17) in the SUBDIVISION OF BLOCK FOUR (4) PLAT OF BEND, City of Bend, Deschutes County, Oregon,[1] and

4. Real property commonly known as 1135 Tacoma Avenue South, Tacoma, Washington, Pierce County Parcel #201111-010-0, together with its Buildings, Improvements, Appurtenances, Fixtures, Attachments, and Easements, more particularly described as:

Lot 17, Block 1111, Map of New Tacoma, W.t. According to the Plat Filed for Record February 3, 1875 in the Office of the Pierce County Auditor, in Pierce County Washington.

In particular, with respect to the real property commonly known as 1135 Tacoma Avenue South, Tacoma, Washington, more particularly described in item 4 above, the defendant shall forfeit all of his right, title and interest in said property, including but not limited to all his rights as beneficiary under the Deed of Trust dated June 18, 2007, recorded with the Pierce County Auditor on June 28, 2007, as document number 200706281060.

IT IS FURTHER ORDERED that the United States Department of Homeland Security, Customs and Border Protection, and/or its agents and representatives shall seize the above-described properties and maintain such seized properties in its custody and control until further order of this Court.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n), the United States shall publish notice of the Preliminary Order of Forfeiture and of the intent of the United States to dispose of the properties in accordance with law. The notice shall be posted on an official government website for at least thirty (30) days. The notice shall state that any person, other than the defendant, having or claiming a legal interest in the above-described properties must file a petition with the Court within sixty (60) days of the first day of publication of notice on an official internet government forfeiture website,

---

[1] A Judgment of Forfeiture was obtained as to properties one through three in the related civil forfeiture action U.S. v. 2526 155th Place, SE, Bellevue, WA, et al. WDWA Case No. C07-0359TSZ.

PRELIMINARY ORDER OF FORFEITURE— 2
CR08-307JLR - U.S. v. DAVID RONALD MENDOZA

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  currently www.forfeiture.gov, or within thirty-five (35) days of receipt of actual notice,
2  whichever is earlier.

3  The notice shall advise such interested persons that:

4  1. the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in such properties;

5
6  2. the petition shall be signed by the petitioner under penalty of perjury; and

7  3. the petition shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited properties.
8

9  The petition shall also set forth any additional facts supporting the petitioner's claim
10 and the relief sought.

11 The United States shall also, to the extent possible, provide direct written notice as a
12 substitute for published notice to any person known to have alleged an interest in the above-
13 described properties that is the subject of this Preliminary Order of Forfeiture.  Upon
14 adjudication of any third-party claims, this Court will enter a Final Order of Forfeiture
15 pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all such
16 claims will be addressed.

17 IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3) of the Federal Rules
18 of Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the
19 defendant at the time of sentencing and shall be made part of the sentence and included in
20 the judgment. Based upon the Plea Agreement and the guilty plea entered by the defendant
21 herein, the Court finds that the defendant had an interest in the forfeited properties.  If no
22 third party files a timely claim this Order shall become the Final Order of Forfeiture as
23 provided by Rule 32.2(c)(2), Federal Rules of Criminal Procedure.

24 IT IS FURTHER ORDERED that after the disposition of any motion filed under Rule
25 32.2(c)(1)(A) of the Federal Rules of Criminal Procedure and before a hearing on any third
26 party petition, discovery may be conducted in accordance with the Federal Rules of Civil
27 Procedure upon a showing that such discovery is necessary or desirable to resolve factual
28 issues.

PRELIMINARY ORDER OF FORFEITURE— 3
CR08-307JLR - U.S. v. DAVID RONALD MENDOZA

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

IT IS FURTHER ORDERED that the United States shall have clear title to the above-described properties following the Court's disposition of all third party interests, or if none, following the expiration of the period provided in Title 21, United States Code, Section 853(n), for the filing of third party petitions.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

The Clerk of the Court is directed to send a copy of this Preliminary Order of Forfeiture to all counsel of record and twelve (12) "raised sealed" certified copies to the United States Attorney's Office in Seattle, Washington.

DATED this 19th day of November, 2009.

THOMAS S. ZILLY
United States District Judge

Presented by:

SUSAN M. ROE
Assistant United States Attorney

RICHARD E. COHEN
Assistant United States Attorney

JEFFREY P. ROBINSON
Attorney for Defendant

DAVID RONALD MENDOZA
Defendant

PRELIMINARY ORDER OF FORFEITURE— 4
CR08-307JLR - U.S. v. DAVID RONALD MENDOZA