IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,                )
                                          )
            Plaintiff,                    )
                                          )
       v.                                 )   CR06-0466
                                          )
David Ronald Mendoza                      )
                                          )
            Defendant.                    )
                                          )

DECLARATION OF PUBLICATION

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 24, 2009 and ending on December 23, 2009. (See, Attachment 1.)

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 28, 2009 at Seattle, WA.

*Jennifer Pirtz* (signature)

Jennifer Biretz

FSA Supervisory Paralegal

Attachment 1

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## COURT CASE NUMBER: CR06-0466; NOTICE OF FORFEITURE

Notice is hereby given that on November 19, 2009, in the case of U.S. v. David Ronald Mendoza, Court Case Number CR06-0466, the United States District Court for the Western District of Washington entered an Order condemning and forfeiting the following property to the United States of America:

2526 155th Place SE, Bellevue, WA (07-ICE-000192), Parcel # 6751300450

1135 Tacoma Ave South, Tacoma, WA (07-ICE-001323), Parcel # 201111-010-0

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (November 24, 2009) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 700 Stewart Street, Lobby Level, Seattle, WA 98101, and a copy served upon Assistant United States Attorney Richard Cohen, 700 Stewart Street, Suite 5220, Seattle, WA 98101-1271. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between November 24, 2009 and December 23, 2009. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. David Ronald Mendoza

**Court Case No:** CR06-0466
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 11/24/2009 | 23.5 | Verified |
| 2 | 11/25/2009 | 23.5 | Verified |
| 3 | 11/26/2009 | 23.5 | Verified |
| 4 | 11/27/2009 | 23.5 | Verified |
| 5 | 11/28/2009 | 23.5 | Verified |
| 6 | 11/29/2009 | 23.5 | Verified |
| 7 | 11/30/2009 | 23.5 | Verified |
| 8 | 12/01/2009 | 23.5 | Verified |
| 9 | 12/02/2009 | 23.5 | Verified |
| 10 | 12/03/2009 | 23.5 | Verified |
| 11 | 12/04/2009 | 23.5 | Verified |
| 12 | 12/05/2009 | 23.5 | Verified |
| 13 | 12/06/2009 | 23.5 | Verified |
| 14 | 12/07/2009 | 23.5 | Verified |
| 15 | 12/08/2009 | 23.5 | Verified |
| 16 | 12/09/2009 | 23.5 | Verified |
| 17 | 12/10/2009 | 23.5 | Verified |
| 18 | 12/11/2009 | 23.5 | Verified |
| 19 | 12/12/2009 | 23.5 | Verified |
| 20 | 12/13/2009 | 23.5 | Verified |
| 21 | 12/14/2009 | 23.5 | Verified |
| 22 | 12/15/2009 | 23.5 | Verified |
| 23 | 12/16/2009 | 23.6 | Verified |
| 24 | 12/17/2009 | 23.5 | Verified |
| 25 | 12/18/2009 | 23.5 | Verified |
| 26 | 12/19/2009 | 22.4 | Verified |
| 27 | 12/20/2009 | 23.6 | Verified |
| 28 | 12/21/2009 | 23.6 | Verified |
| 29 | 12/22/2009 | 23.6 | Verified |
| 30 | 12/23/2009 | 23.6 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.