

# Department of the Treasury
*Federal Law Enforcement Agencies*
**PROCESS RECEIPT AND RETURN**

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 21 2011   RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR06-0466TSZ |
|---|---|
| DEFENDANT<br>DAVID R. MENDOZA | TYPE OF PROCESS<br>Record Final Order of Forfeiture |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE<br>**Pierce County Recorder's Office**<br>ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |
|---|---|

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>UNITED STATES ATTORNEY'S OFFICE<br>RICHARD E. COHEN, AUSA<br>700 STEWART STREET, SUITE 5220<br>SEATTLE, WASHINGTON 98101-1271 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
|---|---|---|
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please record the attached Final Order of Forfeiture with the Pierce County Recorders Office. Thank you.

| Signature of Attorney or other Originator requesting service on behalf of<br>*[signature]*<br>Richard E. Cohen, Assistant U.S. Attorney | PLAINTIFF ✔   JPB<br>DEFENDANT | TELEPHONE NO.<br>206/ 553-2242 | DATE<br>4/25/11 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.<br>*Myan Pollock  SA HSI* | DATE<br>5/4/2011 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I PERSONALLY SERVED, HAVE LEGAL EVIDENCE OF SERVICE, HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW   *Myan Pollock  SA HSI*

I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | A person of suitable age and discretion then residing In the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE<br>5/4/2011 | TIME OF SERVICE  AM<br>(PM) 12:49 |
| | SIGNATURE, TITLE AND TREASURY AGENCY<br>*Myan Pollock  SA HSI* | |

REMARKS:
201105040303
RECORDING NUMBER

[barcode]

TD F 90-22.48  (6/96)                    06-CR-00466-MRET