David Mendoza
Reg. No. 23270-086
FCI Fort Dix
P.O. Box 2000, Unit 5803
Fort Dix, N.J. 08640

```
_____ FILED         ┌──────┐
_____ LODGED        │ MAIL │
_____ RECEIVED      └──────┘
```

APR 29 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

April 20, 2012

Clerk of the Court
U.S. District Court
Western District of Washington
700 Stewart St., Lobby Level
Seattle, Washington 98101-1271

Ref: <u>United States v. David Mendoza</u>, 2:06-cr-00466-TSZ-1

Dear Clerk of the Court:

On June 9, 2009, a Settlement Conference was held in the courtroom before Judge Ricardo S. Martinez (See attached Docket Sheet No. 36).

It has become necessary for me to obtain a record of this proceeding, but I have been advised that no stenographer was present. Consequently, I respectfully request a copy of the audio recording of this Conference.

If there is an expense associated with the procurement of this recording, please advise me of the amount and I will remit it to the Court forthwith. Thank you in advance for your assistance with this request.

Very truly,

David Mendoza
Reg. No. 23270-086



**06-CR-00466-APPR**

CLOSED

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
### CRIMINAL DOCKET FOR CASE #
Internal Use Only    C07-0359TSZ

Case title: USA v. Mendoza

Date Filed: 12/21/2006
Date Terminated: 11/19/2009

Assigned to: Judge Thomas S. Zilly

**Defendant (1)**

David R Mendoza
*TERMINATED: 11/19/2009*

represented by **David R Mendoza**
FCI ENGLEWOOD
9595 W QUINCY AVE
LITTLETON, CO 80123
PRO SE

*[handwritten: #3) Waiver of Speedy Trial?]*

**Amanda E Lee**
SCHROETER GOLDMARK & BENDER
810 3RD AVE
STE 500
SEATTLE, WA 98104
206-622-8000
Fax: 206-682-2305
Email: lee@sgb-law.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Colette Tvedt**
SCHROETER GOLDMARK & BENDER
810 3RD AVE
STE 500
SEATTLE, WA 98104
206-622-8000
Email: tvedt@sgb-law.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jeffery Patton Robinson**
SCHROETER GOLDMARK & BENDER
810 3RD AVE
STE 500
SEATTLE, WA 98104
206-622-8000
Email: robinson@sgb-law.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Kimberly Noel Gordon**
GORDON & SAUNDERS PLLC
1111 THIRD AVENUE STE 2220
SEATTLE, WA 98101
206-340-6034
Fax: 206-682-3746

*[handwritten margin notes: Address, #1 - which, list of attorneys for Resp.]*

| | | |
|---|---|---|
| 06/03/2009 | | Set/Reset Hearings as to David R Mendoza: An in-court Status Conference is set for MONDAY, JUNE 8, 2009 at 11:00 AM before Judge Thomas S. Zilly. (CH) (Entered: 06/03/2009) |
| 06/03/2009 | 32 | NOTICE OF ATTORNEY APPEARANCE Roger S Rogoff appearing for USA. (Rogoff, Roger) (Entered: 06/03/2009) |
| 06/05/2009 | 33 | MOTION Rule 15 Deposition by USA as to David R Mendoza (Attachments: # 1 Proposed Order) Noting Date 6/19/2009, (Roe, Susan) (Entered: 06/05/2009) |
| 06/08/2009 | 34 | Minute Entry for proceedings held before Judge Thomas S. Zilly- CRD: *Gail Glass*; AUSA: *Roger Rogoff*; Def Cnsl: *Colette Tvedt*; Court Reporter: *Nancy Bauer*; **STATUS HEARING** as to David R Mendoza held on 6/8/2009. The defendant is present, in custody and represented by counsel. The Court hears from counsel regarding the status of the case and motion to continue the trial date, docket no. 30. The Court GRANTS the motion to continue the trial date docket no. 30. The jury trial is continued from Monday, June 29, 2009, to Tuesday, September 8, 2009, at 9:00, excluding all time under the Speedy Trial Act. The Government is directed to file a pleading within three days as to whether or not the Department of Justice has given consent to the Rule 15 deposition of Timothy Smith. The defendant's response to the Rule 15 deposition is due by Friday, June 12, 2009. The pretrial conference set for Friday, June 19, 2009 at 11:00 a.m. is rescheduled to August 24, 2009 at 1:30 p.m. Pretrial motions are now due July 10, 2009. The defendant remains in custody. (GG) (Entered: 06/08/2009) |
| 06/08/2009 | 35 | ORDER CONTINUING TRIAL DATE as to dft David R Mendoza by Judge Thomas S. Zilly. Jury Trial is set for 9/8/2009 at 09:00 AM before Judge Thomas S. Zilly, Pretrial Motions due by 7/10/2009, Pretrial Conference set for 8/24/2009 at 01:30 PM before Judge Thomas S. Zilly. (cc: PTS/USPO, USMO). (CL) (Entered: 06/08/2009) |
| 06/08/2009 | | Reset Deadlines/Hearings as to deft David R Mendoza: Jury Trial is continued to September 8, 2009 at 9:00 AM before Judge Thomas S. Zilly. Pretrial Conference set for 8/24/2009 at 1:30 PM and the Pretrial motions are now due July 10, 2009 pursuant to minutes docket no. 34 .(GG) (Entered: 06/08/2009) |
| 06/09/2009 | 36 | Minute Entry ... CONFERENCE as to David R. Mendoza held on 6/9/2009. (LW) (Entered: 06/10/2009) |
| 06/11/2009 | 37 | RESPONSE *RE: RULE 15 DEPOSITION* by USA as to David R Mendoza re 34 Status Hearing,,,, (Roe, Susan) (Entered: 06/11/2009) |
| 06/12/2009 | 38 | MOTION to Continue *Deadline for Defendant to Respond to Government's Motion for Rule 15 Deposition (Dkt. No. 33) - UNOPPOSED BY THE GOVERNMENT* by David R Mendoza. (Attachments: # 1 Proposed Order) Noting Date 6/19/2009, (Tvedt, Colette) (Entered: 06/12/2009) |
| 06/15/2009 | | Set/Reset Hearings as to David R Mendoza: Change of Plea Hearing set for FRIDAY, JUNE 19, 2009 at 11:00 AM before Judge Thomas S. Zilly. (CH) (Entered: 06/15/2009) |
| 06/19/2009 | 39 | PLEA AGREEMENT as to dft David R Mendoza (cc: USPO, FLU, AFU) (CL) (Entered: 06/19/2009) |
| 06/19/2009 | 40 | Minute Entry for proceedings held before Judge Thomas S. Zilly- CRD: *G. Glass*; AUSA: *S. Roe*; Def Cnsl: *J. Robinson/C. Tvedt*; Court Reporter: *D. Hunter*; **CHANGE OF PLEA HEARING** as to David R Mendoza held on 6/19/2009. Defendant present in custody. Defendant placed under oath and advised of rights/charges/penalties; Court reviews the plea agreement; David R Mendoza (1) pleads GUILTY to Count 1. Court finds the Defendant is competent to enter a guilty plea; Court orders the preparation of a Presentence Report. Defendant remanded to custody. Sentencing set for 9/24/2009 at 01:30 PM before Judge Thomas S. Zilly. (CL) (Entered: 06/22/2009) |
| 07/23/2009 | 41 | WITHDRAWAL of Motion by USA as to David R Mendoza re 33 MOTION Rule 15 Deposition (Attachments: # 1 Proposed Order)(Roe, Susan) (Entered: 07/23/2009) |
| 07/24/2009 | 42 | ORDER by Judge Thomas S. Zilly. As to the dft David Mendoza the Court STRIKES AS MOOT the government's motion to take a deposition of a Material Witness, docket no. 33 . (CL) (Entered: 07/24/2009) |
| 07/24/2009 | 43 | NOTICE OF LIS PENDENS by USA as to David R Mendoza *(1135 Tacoma Avenue South, Tacoma WA)* (Cohen, Richard) (Entered: 07/24/2009) |
| 07/27/2009 | 44 | WITHDRAWAL of Motion by David R Mendoza re 38 MOTION to Continue *Deadline for Defendant to Respond to Government's Motion for Rule 15 Deposition (Dkt. No. 33) - UNOPPOSED BY THE GOVERNMENT* MOTION to Continue *Deadline for Defendant to Respond to Government's Motion for* |

